UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Rebecca A. Solarz, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
rsolarz@kmllawgroup.com
Attorneys for MidFirst Bank

Case No: 19-22958 CMG

In Re:
Marianne McElroy
Robert M. McElroy

Chapter: 13

Judge: Christine M. Gravelle

Debtor

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of MidFirst Bank. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 07/11/2019

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*