Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22958−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marianne McElroy
75 Baywood Boulevard
Brick, NJ 08723

Robert M. McElroy
75 Baywood Boulevard
Brick, NJ 08723

Social Security No.:
xxx−xx−1232

xxx−xx−3476

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 9/4/19
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 15, 2019
JAN: llb

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-22958-CMG
Marianne McElroy                                                      Chapter 13
Robert M. McElroy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2           Date Rcvd: Jul 15, 2019
                              Form ID: 132               Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
```
db/jdb         +Marianne McElroy,    Robert M. McElroy,    75 Baywood Boulevard,    Brick, NJ 08723-6961
518330617       American Express,    PO Box 981537,   El Paso, TX 79998-1537
518330619       Atlantic Shore Surgical Associates,    208 Jack Martin Blvd Bldg C-1,   Brick, NJ 08724-7770
518330620       Capio Partners,    311 30th Ave E,   Sherman, TX 75090
518330625       Drs. Krantz & Sirotz,    532 Brick Blvd,   Brick, NJ 08723-6006
518330626       Fedloan Servicing,    PO Box 60610,   Harrisburg, PA 17106-0610
518330627       First Premier Bank,    3820 N Louise Ave,   Sioux Falls, SD 57107-0145
518330628      +Jones and Jones,    45 Essex St,   Hackensack, NJ 07601-5493
518330629       KML Law Group,    216 Haddon Ave Ste 406,   Westmont, NJ 08108-2812
518330632       MidFirst Bank,    999 NW Grand Blvd Ste 100,   Oklahoma City, OK 73118-6051
518330635       New Century Financial Services, Inc.,    c/o Pressler & Pressler,    7 Entin Rd,
                 Parsippany, NJ 07054-5020
518330636       Pressler, Felt & Warshaw, LLP,    7 Entin Rd,   Parsippany, NJ 07054-5020
518330637      +Spencer Savings Bank,    611 River Dr,   Elmwood Park, NJ 07407-1348
518330638       Target National Bank,    PO Box 673,   Minneapolis, MN 55440-0673
518330639       The Bureaus,    650 Dundee Rd Ste 370,   Northbrook, IL 60062-2757
518330640       US Department of Education,    2505 S Finley Rd,   Lombard, IL 60148-4867
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 15 2019 23:56:40     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 15 2019 23:56:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518330618       E-mail/Text: billing@assa-nj.com Jul 15 2019 23:56:59     Atlantic Shore Surgical Associates,
                 478 Brick Blvd,   Brick, NJ 08723-6077
518330621       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 15 2019 23:52:04
                 Capital One Bank USA NA,    PO Box 30281,   Salt Lake City, UT 84130-0281
518330622       E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 15 2019 23:57:20
                 Credit Collection Servic,    PO Box 607,   Norwood, MA 02062-0607
518330623       E-mail/PDF: creditonebknotifications@resurgent.com Jul 15 2019 23:51:26     Credit One Bank,
                 PO Box 98872,   Las Vegas, NV 89193-8872
518330624       E-mail/PDF: creditonebknotifications@resurgent.com Jul 15 2019 23:50:40     Credit One Bank,
                 6801 S Cimarron Rd,    Las Vegas, NV 89113-2273
518330630       E-mail/Text: bncnotices@becket-lee.com Jul 15 2019 23:55:58     Kohls Department Store,
                 PO Box 3115,   Milwaukee, WI 53201-3115
518330631       E-mail/Text: bkr@cardworks.com Jul 15 2019 23:53:38     Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
518330633       E-mail/Text: bankruptcydpt@mcmcg.com Jul 15 2019 23:56:37     Midland Funding LLC,
                 PO Box 939069,   San Diego, CA 92193-9069
518333262      +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2019 23:51:08     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Spencer Savings Bank,    611 River Drive,    Elmwood Park, NJ 07407-1348
518330634*      Midland Funding, LLC,    PO Box 939069,    San Diego, CA 92193-9069
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin             Page 2 of 2             Date Rcvd: Jul 15, 2019
                              Form ID: 132            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          John   O'Boyle    on behalf of Joint Debtor Robert M. McElroy joboyle@norgaardfirm.com,
          sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          John   O'Boyle    on behalf of Debtor Marianne   McElroy joboyle@norgaardfirm.com,
          sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Vincent J. Massa, III   on behalf of Creditor    Spencer Savings Bank vmassa@jonesandjonesesq.com
          TOTAL: 5