UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

**CERTIFICATION OF SERVICE**

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.    On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  _____        _____
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Case 19-22958-CMG    Doc 18    Filed 08/01/19    Entered 08/01/19 13:52:14    Desc Main
Document      Page 2 of 7

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

```
American Express
PO Box 981537
El Paso, TX  79998-1537


Atlantic Shore Surgical Associates
478 Brick Blvd
Brick, NJ  08723-6077


Atlantic Shore Surgical Associates
208 Jack Martin Blvd Bldg C-1
Brick, NJ  08724-7770


Capio Partners
311 30th Ave E
Sherman, TX  75090


Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT  84130-0281


Credit Collection Servic
PO Box 607
Norwood, MA  02062-0607


Credit One Bank
PO Box 98872
Las Vegas, NV  89193-8872
```

```
Credit One Bank
6801 S Cimarron Rd
Las Vegas, NV   89113-2273


Drs. Krantz & Sirotz
532 Brick Blvd
Brick, NJ   08723-6006


Fedloan Servicing
PO Box 60610
Harrisburg, PA   17106-0610


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD   57107-0145


Jones and Jones
45 Essex St
Hackensack, NJ   07601-5413


KML Law Group
216 Haddon Ave Ste 406
Westmont, NJ   08108-2812


Kohls Department Store
PO Box 3115
Milwaukee, WI   53201-3115
```

```
Merrick Bank
PO Box 9201
Old Bethpage, NY  11804-9001


MidFirst Bank
999 NW Grand Blvd Ste 100
Oklahoma City, OK  73118-6051


Midland Funding LLC
PO Box 939069
San Diego, CA  92193-9069


Midland Funding, LLC
PO Box 939069
San Diego, CA  92193-9069


New Century Financial Services, Inc.
c/o Pressler & Pressler
7 Entin Rd
Parsippany, NJ  07054-5020


Pressler, Felt & Warshaw, LLP
7 Entin Rd
Parsippany, NJ  07054-5020


Spencer Savings Bank
611 River Dr
Elmwood Park, NJ  07407-1325
```

```
Target National Bank
PO Box 673
Minneapolis, MN  55440-0673


The Bureaus
650 Dundee Rd Ste 370
Northbrook, IL  60062-2757


US Department of Education
2505 S Finley Rd
Lombard, IL  60148-4867
```