UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

 Marianne McElroy & Robert McElroy,

 Debtors.

Case No.:  ___19-22958-CMG___

Chapter:  _____13_____

Hearing Date:  ____11/6/2019____

Judge:  _____Gravelle_____

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below

has been:

☒ Settled                ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 29) _____

_____

Date: _10/31/2019_____                /s/ Denise Carlon_____
                                             Signature

*rev.8/1/15*