UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O'BOYLE & HANNON

184 Grand Avenue

Englewood, NJ  07631

(201) 871-1333

Attorneys for Debtors

*By:  John O'Boyle, Esq. (JO - 6337)*

   *joboyle@norgaardfirm.com*

Order Filed on November 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

  MARIANNE McELROY and ROBERT McELROY,

Debtors.

Case No.: 19-22958 CMG

Chapter 13

Hearing Date: November 6, 2019

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 20, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Applicant having certified in its Application for Compensation that legal work supplemental to basic Chapter 13 services has been rendered in this case, and the Applicant and the Standing Trustee having agreed to a resolution for the Standing Trustee's Objection to the Application, it is:

ORDERED, that _____Norgaard O'Boyle & Hannon_____, the Applicant, is allowed a fee of $____7,500.00_____ for services rendered and expenses in the amount of $___77.10____ for the total of $_____7,577.10_____.   The allowance is payable:

_$3,577.10_ through the Chapter 13 plan as an administrative priority.

_$4,000.00_ outside the plan,.

The Debtor's monthly payment is modified to require a payment of $969.00 per month, commencing December, 2019, for the 56 months of the Plan to allow for payment of the above fee.