UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**
NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
Attorneys for Debtors
*By:  John O'Boyle, Esq. (JO - 6337)*
    *joboyle@norgaardfirm.com*

**Order Filed on November 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

 MARIANNE McELROY and ROBERT McELROY,

Debtors.

Case No.: 19-22958 CMG

Chapter 13

Hearing Date: November 6, 2019

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: November 20, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Applicant having certified in its Application for Compensation that legal work supplemental to basic Chapter 13 services has been rendered in this case, and the Applicant and the Standing Trustee having agreed to a resolution for the Standing Trustee's Objection to the Application, it is:

ORDERED, that      Norgaard O'Boyle & Hannon     , the Applicant, is allowed a fee of $   7,500.00     for services rendered and expenses in the amount of $   77.10    for the total of $      7,577.10      .   The allowance is payable:

   $3,577.10  through the Chapter 13 plan as an administrative priority.

   $4,000.00 outside the plan,.

The Debtor's monthly payment is modified to require a payment of $969.00 per month, commencing December, 2019, for the 56 months of the Plan to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 19-22958-CMG
Marianne McElroy                                                         Chapter 13
Robert M. McElroy
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Nov 20, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db/jdb         +Marianne McElroy,    Robert M. McElroy,    75 Baywood Boulevard,    Brick, NJ 08723-6961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John O'Boyle    on behalf of Joint Debtor Robert M. McElroy joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John O'Boyle    on behalf of Debtor Marianne  McElroy joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vincent J. Massa, III    on behalf of Creditor    Spencer Savings Bank vmassa@jonesandjonesesq.com
                                                                                             TOTAL: 7