| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Jones & Jones<br>45 Essex Street<br>Hackensack, New Jersey 07601<br>(201) 487-3600<br>Attorneys for Spencer Savings Bank, SLA<br><br><u>/s/VINCENT J. MASSA III, ESQ.</u><br>Vincent J. Massa III<br>Identification No. 1085 | **Order Filed on January 30, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Marianne McElroy and Robert M. McElroy,<br><br>  Debtor | CASE NO. 19-22958 CMG<br>CHAPTER 13<br>Hearing Date: 02/05/20<br>Judge: Hon. Christine M.<br>      Gravelle, USBJ |

# CONSENT ORDER RESOLVING MOTION
# FOR RELIEF FROM
# STAY AS TO REAL PROPERTY

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: January 30, 2020**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:            Marianne McElroy and Robert M. McElroy
Case No.:          19-22958 CMG - Chapter 13
Caption of Order:  **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY AS TO REAL PROPERTY**

_____

AND NOW, the Court finds that this matter being opened to the Court upon the motion of Jones & Jones (Vincent J. Massa III, Esq., appearing), attorneys for the secured party, Spencer Savings Bank, SLA ("Spencer"), with the consent of Norgaard, O'Boyle & Hannon (John O'Boyle, Esq., appearing), attorneys for the Debtors, Marianne McElroy and Robert M. McElroy, under Bankruptcy Code section 362 for relief from the automatic stay as to certain real property commonly known as 75 Baywood Boulevard, Brick, NJ 08723 (the "Property"), and for cause shown,

ORDERED AS FOLLOWS:

1. The mortgage payment due January 1, 2020, which remains unpaid, shall be paid on or before January 31, 2020 to Spencer. In default thereof, Spencer may apply immediately pursuant to paragraph 4 hereof for an Order Vacating Stay.

2. All subsequent monthly post-petition payments shall be addressed as follows:

>       Spencer Savings Bank, SLA
>            611 River Drive
>         River Drive Centre 3
>        Elmwood Park, NJ 07407
>     Attn: Michael Fatovic, A.V.P.

Debtor:           Marianne McElroy and Robert M. McElroy
Case No.:         19-22958 CMG - Chapter 13
Caption of Order: **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY AS TO REAL PROPERTY**

_____

3. Spencer shall send monthly statements to Debtor each month indicating the amount of the post-petition payment to be made. The mailing of such statements shall not be a violation of the automatic stay provisions of the United States Bankruptcy Code.

4. In the event Debtor shall fail to pay within thirty (30) days of when due any future mortgage payment due Spencer, or fails to pay within thirty (30) days of when due thirty (30) days of when due any future payment provided for in paragraph 2 hereinabove, Spencer shall be entitled, seven (7) days after the filing and service to Debtor, Debtor's counsel and the Trustee of a Certification of Default, to an Order Vacating Stay as to Real Property.

5. That a copy of this Order be mailed to counsel for the Debtor and to the Trustee within   5   days of the date hereof.

We hereby consent to the form and substance of this Order:

                                        JONES & JONES
                                        Attorneys of Secured Creditor

DATED: January 29, 2020            /s/ VINCENT J. MASSA III
                                        VINCENT J. MASSA III, ESQ.

                                        Norgaard, O'Boyle & Hannon
                                        Attorneys of Debtor

DATED: January 29, 2020            /s/ JOHN  O'BOYLE
                                        JOHN  O'BOYLE, ESQ.

United States Bankruptcy Court
District of New Jersey

In re:  
Marianne McElroy  
Robert M. McElroy  
    Debtors

Case No. 19-22958-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 30, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.  
db/jdb        +Marianne McElroy,    Robert M. McElroy,    75 Baywood Boulevard,    Brick, NJ 08723-6961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:

          Albert    Russo     docs@russotrustee.com  
          Denise E. Carlon     on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          John    O'Boyle     on behalf of Joint Debtor Robert M. McElroy joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
          John    O'Boyle     on behalf of Debtor Marianne   McElroy joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
          Rebecca Ann Solarz     on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
          Vincent J. Massa, III     on behalf of Creditor    Spencer Savings Bank vmassa@jonesandjonesesq.com  
                                                                                                   TOTAL: 7