| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-22958 / CMG**

Marianne McElroy  
Robert M. McElroy

Petition Filed Date: 07/01/2019  
341 Hearing Date: 08/01/2019  
Confirmation Date: 11/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2019 | $860.00 | 60587010 | 09/03/2019 | $860.00 | 61402020 | 10/01/2019 | $860.00 | 62161110 |
| 10/01/2019 | ($860.00) | 62161110 | 10/01/2019 | $860.00 | 62161110 | 11/04/2019 | $860.00 | 62939150 |
| 12/03/2019 | $860.00 | 63668590 | | | | | | |

**Total Receipts for the Period:  $4,300.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,238.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marianne McElroy | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John O'Boyle | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $546.52 | $0.00 | $546.52 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  MERIDIAN/OCEAN MED CENTER | Unsecured Creditors | $182.40 | $0.00 | $182.40 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,440.84 | $0.00 | $3,440.84 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,955.88 | $0.00 | $1,955.88 |
| 5 | MERRICK BANK | Unsecured Creditors | $517.70 | $0.00 | $517.70 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $561.93 | $0.00 | $561.93 |
| 7 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $825.34 | $0.00 | $825.34 |
| 8 | PENDRICK CAPITAL PARTNERS, LLC<br>»»  BARRON EMERG PHYS | Unsecured Creditors | $1,110.00 | $0.00 | $1,110.00 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $506.76 | $0.00 | $506.76 |
| 10 | MidFirst Bank<br>»»  P/75 BAYWOOD BLVD/1ST MTG/ORDER 11/8/19 | Mortgage Arrears | $23,882.79 | $792.30 | $23,090.49 |
| 11 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»»  CAPITAL ONE, NA | Unsecured Creditors | $565.14 | $0.00 | $565.14 |
| 12 | SPENCER SAVINGS BANK SLA<br>»»  P/75 BAYWOOD BLVD/2ND MTG | Mortgage Arrears | $19,312.19 | $605.37 | $18,706.82 |
| 13 | U.S. DEPARTMENT OF EDUCATION<br>»»  STUDENT LOANS PD O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-22958 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 0 | John O'Boyle<br>»» ORDER 11/20/19 | Attorney Fees | $3,577.10 | $3,577.10 | $0.00 |
| 14 | Atlantic Shore Surgical Associates<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | Target National Bank<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | New Century Financial Services, Inc.<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | Midland Funding LLC<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | Midland Funding LLC<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | Drs. Krantz & Sirotz<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,238.00 | Plan Balance: | $51,466.00 ** |
| Paid to Claims: | $4,974.77 | Current Monthly Payment: | $969.00 |
| Paid to Trustee: | $364.00 | Arrearages: | $109.00 |
| Funds on Hand: | $899.23 | Total Plan Base: | $57,704.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**