Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22958−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marianne McElroy
75 Baywood Boulevard
Brick, NJ 08723

Robert M. McElroy
75 Baywood Boulevard
Brick, NJ 08723

Social Security No.:
xxx−xx−1232

xxx−xx−3476

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       4/1/20
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Norgaard, O'Boyle & Hannon, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,390.00

EXPENSES
$14.50

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☑   will reduce the amount to be paid to general unsecured
    creditors under the plan as follows: Will reduce the amount available for distribution by $1,404.50.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 10, 2020
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-22958-CMG
Marianne McElroy                                                      Chapter 13
Robert M. McElroy
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Mar 10, 2020
                              Form ID: 137             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
```
db/jdb         +Marianne McElroy,    Robert M. McElroy,    75 Baywood Boulevard,    Brick, NJ 08723-6961
518330617       American Express,    PO Box 981537,    El Paso, TX 79998-1537
518330619       Atlantic Shore Surgical Associates,    208 Jack Martin Blvd Bldg C-1,    Brick, NJ 08724-7770
518330620       Capio Partners,    311 30th Ave E,    Sherman, TX 75090
518372739       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518330625       Drs. Krantz & Sirotz,    532 Brick Blvd,    Brick, NJ 08723-6006
518330626       Fedloan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
518330627       First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518330628      +Jones and Jones,    45 Essex St,    Hackensack, NJ 07601-5493
518330629       KML Law Group,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
518330632       MidFirst Bank,    999 NW Grand Blvd Ste 100,    Oklahoma City, OK 73118-6051
518438523      +MidFirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City, OK 73118-6051
518330635       New Century Financial Services, Inc.,    c/o Pressler & Pressler,    7 Entin Rd,
                 Parsippany, NJ 07054-5020
518423613       Pendrick Capital Partners, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX 75014-1419
518330636       Pressler, Felt & Warshaw, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
518330637      +Spencer Savings Bank,    611 River Dr,    Elmwood Park, NJ 07407-1348
518330638       Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
518330639       The Bureaus,    650 Dundee Rd Ste 370,    Northbrook, IL 60062-2757
518479772       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
518330640       US Department of Education,    2505 S Finley Rd,    Lombard, IL 60148-4867
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 11 2020 00:40:05      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 11 2020 00:39:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518330618       E-mail/Text: billing@assa-nj.com Mar 11 2020 00:40:33      Atlantic Shore Surgical Associates,
                 478 Brick Blvd,    Brick, NJ 08723-6077
518444768      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 11 2020 00:42:09
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518404369      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 11 2020 00:43:40
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518330621       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 11 2020 00:42:04
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
518330622       E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 11 2020 00:41:14
                 Credit Collection Servic,    PO Box 607,    Norwood, MA 02062-0607
518330623       E-mail/PDF: creditonebknotifications@resurgent.com Mar 11 2020 00:42:43      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
518330624       E-mail/PDF: creditonebknotifications@resurgent.com Mar 11 2020 00:42:08      Credit One Bank,
                 6801 S Cimarron Rd,    Las Vegas, NV 89113-2273
518330630       E-mail/Text: bncnotices@becket-lee.com Mar 11 2020 00:39:01      Kohls Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
518422229       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 11 2020 00:42:16      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518405035       E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 11 2020 00:43:07      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518330631       E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 11 2020 00:43:09      Merrick Bank,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
518330633       E-mail/Text: bankruptcydpt@mcmcg.com Mar 11 2020 00:39:58      Midland Funding LLC,
                 PO Box 939069,    San Diego, CA 92193-9069
518411191      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 11 2020 00:40:25      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518379058       E-mail/Text: bnc-quantum@quantum3group.com Mar 11 2020 00:39:48
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
518333262      +E-mail/PDF: gecsedi@recoverycorp.com Mar 11 2020 00:42:43      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518435445      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 11 2020 00:42:52      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 18
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Spencer Savings Bank,    611 River Drive,    Elmwood Park, NJ 07407-1348
518330634*      Midland Funding, LLC,    PO Box 939069,    San Diego, CA 92193-9069
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Mar 10, 2020
                              Form ID: 137             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:

```
              Albert   Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John   O'Boyle     on behalf of Joint Debtor Robert M. McElroy joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John   O'Boyle     on behalf of Debtor Marianne   McElroy joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Vincent J. Massa, III    on behalf of Creditor    Spencer Savings Bank vmassa@jonesandjonesesq.com
                                                                                           TOTAL: 7
```