Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

    Case No.: 19−22958−CMG  
    Chapter: 13  
    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marianne McElroy  
75 Baywood Boulevard  
Brick, NJ 08723

Robert M. McElroy  
75 Baywood Boulevard  
Brick, NJ 08723

Social Security No.:  
  xxx−xx−1232

  xxx−xx−3476

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/15/20 at 09:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default filed by Vincent J. Massa III on behalf of Spencer Savings Bank. Objection deadline is 07/7/2020. (Attachments: # 1 Exhibit Prior Order # 2 Exhibit Post Petition Payment History # 3 Certificate of Service) (Massa, Vincent)

Dated: 7/6/20

                                      Jeanne Naughton  
                                      Clerk, U.S. Bankruptcy Court