Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−22958−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Marianne McElroy | Robert M. McElroy |
| 75 Baywood Boulevard | 75 Baywood Boulevard |
| Brick, NJ 08723 | Brick, NJ 08723 |

Social Security No.:
   xxx−xx−1232                                            xxx−xx−3476

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/15/20 at 09:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default filed by Vincent J. Massa III on behalf of Spencer Savings Bank. Objection deadline is 07/7/2020. (Attachments: # 1 Exhibit Prior Order # 2 Exhibit Post Petition Payment History # 3 Certificate of Service) (Massa, Vincent)

Dated: 7/6/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Marianne McElroy  
Robert M. McElroy  
     Debtors

Case No. 19-22958-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin         Page 1 of 1         Date Rcvd: Jul 06, 2020  
                        Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.  
db/jdb      +Marianne McElroy,   Robert M. McElroy,   75 Baywood Boulevard,   Brick, NJ 08723-6961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2020 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          John   O'Boyle    on behalf of Joint Debtor Robert M. McElroy joboyle@norgaardfirm.com,  
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
          John   O'Boyle    on behalf of Debtor Marianne  McElroy joboyle@norgaardfirm.com,  
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
          Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          Vincent J. Massa, III    on behalf of Creditor    Spencer Savings Bank vmassa@jonesandjonesesq.com  
                                                                                                                                                                                            TOTAL: 7