**Order Filed on July 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Jones & Jones<br>45 Essex Street<br>Hackensack, New Jersey 07601<br>(201) 487-3600<br>Attorneys for Spencer Savings Bank, SLA |
| /s/VINCENT J. MASSA III, ESQ.<br>Vincent J. Massa III<br>Identification No. 1085 |
| In Re:<br><br>Marianne McElroy and Robert M. McElroy,<br><br> Debtor |

CASE NO. 19-22958 CMG
CHAPTER 13
Hearing Date: 07/15/20
Judge: Hon. Christine M. Gravelle, USBJ

**CONSENT ORDER RESOLVING
CREDITOR'S CERTIFICATION OF DEFAULT**

    The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 15, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

```
(Page 2)
Debtor:             Marianne McElroy and Robert M. McElroy
Case No.:           19-22958 CMG - Chapter 13
Caption of Order:   CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF
                    DEFAULT
```
_____

AND NOW, this           day of                    , 2020, the Court finds that this matter being opened to the Court upon the Certification of Default filed by Jones & Jones (Vincent J. Massa III, Esq., appearing), attorneys for the secured party, Spencer Savings Bank, SLA ("Spencer"), with the consent of Norgaard, O'Boyle & Hannon (John O'Boyle, Esq., appearing), attorneys for the Debtors, Marianne McElroy and Robert M. McElroy, under Bankruptcy Code section 362 for relief from the automatic stay as to certain real property commonly known as 75 Baywood Boulevard, Brick, NJ 08723 (the "Property"), and for cause shown,

ORDERED AS FOLLOWS:

1. The subject Certification of Default is Withdrawn.

2. In the event Debtor shall fail to pay within thirty (30) days of when due any future mortgage payment due Spencer, or fails to pay within thirty (30) days of when due thirty (30) days of when due any future payment provided for in paragraph 2 hereinabove, Spencer shall be entitled, seven (7) days after the filing and service to Debtor, Debtor's counsel and the Trustee of a Certification of Default, to an Order Vacating Stay as to Real Property.

3. Debtor shall pay as counsel fees to Spencer the sum of $500.00 through the Plan.

```
(Page 3)
Debtor:           Marianne McElroy and Robert M. McElroy
Case No.:         19-22958 CMG - Chapter 13
Caption of Order: CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF
                  DEFAULT
```
_____


4.  That a copy of this Order be mailed to counsel for the Debtor and to the Trustee within _____ days of the date hereof.


We hereby consent to the form and substance of this Order:

```
                              JONES & JONES
                              Attorneys of Secured Creditor

DATED: July 10, 2020          /s/ VINCENT J. MASSA III_____
                              VINCENT J. MASSA III, ESQ.

                              Norgaard, O'Boyle & Hannon
                              Attorneys of Debtor

DATED: July 10, 2020          /s/ JOHN  O'BOYLE_____
                              JOHN  O'BOYLE, ESQ.
```

United States Bankruptcy Court
District of New Jersey

In re:  
Marianne McElroy  
Robert M. McElroy  
    Debtors

Case No. 19-22958-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 15, 2020  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.  
db/jdb        +Marianne McElroy,   Robert M. McElroy,   75 Baywood Boulevard,   Brick, NJ 08723-6961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:

      Albert Russo   docs@russotrustee.com  
      Denise E. Carlon   on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      John O'Boyle   on behalf of Joint Debtor Robert M. McElroy joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
      John O'Boyle   on behalf of Debtor Marianne McElroy joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
      Rebecca Ann Solarz   on behalf of Creditor   MidFirst Bank rsolarz@kmllawgroup.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
      Vincent J. Massa, III   on behalf of Creditor   Spencer Savings Bank vmassa@jonesandjonesesq.com  
                                                                       TOTAL: 7