| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-22958 / CMG**

Marianne McElroy
Robert M. McElroy

Petition Filed Date: 07/01/2019
341 Hearing Date: 08/01/2019
Confirmation Date: 11/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $969.00 | 64451980 | 02/05/2020 | $969.00 | 65246990 | 03/02/2020 | $969.00 | 66046460 |
| 04/02/2020 | $969.00 | 66853440 | 05/04/2020 | $969.00 | 67640900 | 06/01/2020 | $969.00 | 68309410 |
| 07/02/2020 | $969.00 | 69121460 | 08/03/2020 | $969.00 | 69853610 | 09/02/2020 | $969.00 | 70572710 |
| 10/02/2020 | $969.00 | 71289410 | 11/02/2020 | $969.00 | 72044280 | 12/03/2020 | $969.00 | 72817600 |
| 01/04/2021 | $969.00 | 73542280 | 01/07/2021 | ($969.00) | 73542280 | | | |

**Total Receipts for the Period: $11,628.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,928.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marianne McElroy | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John O'Boyle<br>»»  ORDER 4/2/20 | Attorney Fees | $1,404.50 | $1,404.50 | $0.00 |
| 1 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $546.52 | $0.00 | $546.52 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  MERIDIAN/OCEAN MED CENTER | Unsecured Creditors | $182.40 | $0.00 | $182.40 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,440.84 | $0.00 | $3,440.84 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,955.88 | $0.00 | $1,955.88 |
| 5 | MERRICK BANK | Unsecured Creditors | $517.70 | $0.00 | $517.70 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $561.93 | $0.00 | $561.93 |
| 7 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $825.34 | $0.00 | $825.34 |
| 8 | PENDRICK CAPITAL PARTNERS, LLC<br>»»  BARRON EMERG PHYS | Unsecured Creditors | $1,110.00 | $0.00 | $1,110.00 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $506.76 | $0.00 | $506.76 |
| 10 | MidFirst Bank<br>»»  P/75 BAYWOOD BLVD/1ST MTG/ORDER 11/8/1 | Mortgage Arrears | $23,882.79 | $4,421.18 | $19,461.61 |
| 11 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»»  CAPITAL ONE, NA | Unsecured Creditors | $565.14 | $0.00 | $565.14 |
| 12 | SPENCER SAVINGS BANK SLA<br>»»  P/75 BAYWOOD BLVD/2ND MTG | Mortgage Arrears | $19,312.19 | $3,545.32 | $15,766.87 |

**Chapter 13 Case No. 19-22958 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 13 | U.S. DEPARTMENT OF EDUCATION<br>»» STUDENT LOANS PD O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 0 | John O'Boyle<br>»» ORDER 11/20/19 | Attorney Fees | $3,577.10 | $3,577.10 | $0.00 |
| 14 | Atlantic Shore Surgical Associates<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | Target National Bank<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | New Century Financial Services, Inc.<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | Midland Funding LLC<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | Midland Funding LLC<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | Drs. Krantz & Sirotz<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | SPENCER SAVINGS BANK SLA<br>»» 75 BAYWOOD BLVD/ATTY FEES 7/15/20 | Mortgage Arrears | $500.00 | $500.00 | $0.00 |
| 0 | John O'Boyle<br>»» ORDER 11/4/20 | Attorney Fees | $1,287.40 | $1,287.40 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,928.00 | Plan Balance: | $43,893.00 ** |
| Paid to Claims: | $14,735.50 | Current Monthly Payment: | $969.00 |
| Paid to Trustee: | $1,192.50 | Arrearages: | $2,047.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $59,821.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**