| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>Jones & Jones<br>45 Essex Street<br>Hackensack, New Jersey 07601<br>(201) 487-3600<br>Attorneys for Spencer Savings Bank, SLA<br><br>/s/VINCENT J. MASSA III, ESQ.<br>Vincent J. Massa III<br>Identification No. 1085 | **Order Filed on May 3, 2021 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re:<br><br>Marianne McElroy and Robert M. McElroy,<br><br> Debtor | CASE NO. 19-22958 CMG<br>CHAPTER 13<br>Hearing Date: 02/05/20<br>Judge: Hon. Christine M.<br>    Gravelle, USBJ |

# CONSENT ORDER VACATING APRIL 27, 2021 ORDER VACATING THE AUTOMATIC STAY AND RESOLVING MOTION FOR RELIEF FROM THE STAY AS TO REAL PROPERTY

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 3, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:              Marianne McElroy and Robert M. McElroy
Case No.:            19-22958 CMG - Chapter 13
Caption of Order:    **CONSENT ORDER VACATING APRIL 27, 2021 ORDER VACATING THE AUTOMATIC STAY AND RESOLVING MOTION FOR RELIEF FROM STAY AS TO REAL PROPERTY**
_____

AND NOW, this      day of             , 2021, the Court finds that this matter being opened to the Court upon the motion of Jones & Jones (Vincent J. Massa III, Esq., appearing), attorneys for the secured party, Spencer Savings Bank, SLA ("Spencer"), with the consent of Norgaard, O'Boyle & Hannon (John O'Boyle, Esq., appearing), attorneys for the Debtors, Marianne McElroy and Robert M. McElroy, under Bankruptcy Code section 362 for relief from the automatic stay as to certain real property commonly known as 75 Baywood Boulevard, Brick, NJ 08723 (the "Property"), and for cause shown,

ORDERED AS FOLLOWS:

1. The parties agree that this Court's Order Vacating the Automatic Stay dated April 27, 2021 (ECF No. 67) was entered in error and in contravention of the agreement set forth herein. Such order is vacated in its entirety.

2. The mortgage payment due April 1, 2021, which remains unpaid, shall be paid on or before April 30, 2021 to Spencer. In default thereof, Spencer may apply immediately pursuant to paragraph 4 hereof for an Order Vacating Stay.

3. All subsequent monthly post-petition payments shall be addressed as follows:

Debtor:           Marianne McElroy and Robert M. McElroy
Case No.:         19-22958 CMG - Chapter 13
Caption of Order: **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY AS TO REAL PROPERTY**

___

Spencer Savings Bank, SLA
611 River Drive
River Drive Centre 3
Elmwood Park, NJ 07407
Attn: Michael Fatovic, A.V.P.

4. In the event Debtor shall fail to pay within thirty (30) days of when due any future mortgage payment due Spencer, or fails to pay within thirty (30) days of when due thirty (30) days of when due any future payment provided for in paragraph 2 hereinabove, Spencer shall be entitled, seven (7) days after the filing and service to Debtor, Debtor's counsel and the Trustee of a Certification of Default, to an Order Vacating Stay as to Real Property.

5. Debtor shall pay to Spencer, through its plan, the sum of $500.00 for legal fees and costs of this application.

6. That a copy of this Order be mailed to counsel for the Debtor and to the Trustee within _____ days of the date hereof.

We hereby consent to the form and substance of this Order:

DATED: April 27, 2021
JONES & JONES
Attorneys of Secured Creditor
/s/ VINCENT J. MASSA III, ESQ.
VINCENT J. MASSA III, ESQ.

DATED: April 27, 2021
Norgaard, O'Boyle & Hannon
Attorneys of Debtor
/s/ JOHN O'BOYLE, ESQ.
JOHN O'BOYLE, ESQ.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-22958-CMG

Marianne McElroy                                                                    Chapter 13

Robert M. McElroy

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 2

Date Rcvd: May 03, 2021        Form ID: pdf903        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marianne McElroy, Robert M. McElroy, 75 Baywood Boulevard, Brick, NJ 08723-6961 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2021            Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Albert Russo
     docs@russotrustee.com

Denise E. Carlon
     on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John O'Boyle
     on behalf of Joint Debtor Robert M. McElroy joboyle@norgaardfirm.com
     sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
     on behalf of Debtor Marianne McElroy joboyle@norgaardfirm.com
     sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Rebecca Ann Solarz
     on behalf of Creditor MidFirst Bank rsolarz@kmllawgroup.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: May 03, 2021 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Vincent J. Massa, III
    on behalf of Creditor Spencer Savings Bank vmassa@jonesandjonesesq.com

TOTAL: 7