| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Telephone No. (201) 871-1333<br>Fax No. (201) 871-3161<br>Attorneys for Debtors<br>By:  John O'Boyle, Esq. [JO-6337]<br>       joboyle@norgaardfirm.com |
| In Re:<br><br>      MARIANNE McELROY and<br>      ROBERT M. McELROY,<br><br>                              Debtors. |

Order Filed on August 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:         19-22958

Chapter:              13

Judge:              Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

   The relief set forth on the following page is **ORDERED**.

**DATED: August 5, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard, O'Boyle & Hannon_____, the applicant, is allowed a fee of $ _____1,270.00_____ for services rendered and expenses in the amount of $_____11.71_____ for a total of $_____1,281.71_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*