Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22958−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marianne McElroy
75 Baywood Boulevard
Brick, NJ 08723

Robert M. McElroy
75 Baywood Boulevard
Brick, NJ 08723

Social Security No.:
xxx−xx−1232

xxx−xx−3476

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/15/21 at 09:00 AM

to consider and act upon the following:

*81* − Motion to Approve Loan Modification with Midland Mortgage, a division of MidFirst Bank Filed by John O'Boyle on behalf of Marianne McElroy, Robert M. McElroy. Objection deadline is 09/7/2021. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order) (O'Boyle, John)

Dated: 8/25/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court