Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22958−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marianne McElroy
75 Baywood Boulevard
Brick, NJ 08723

Robert M. McElroy
75 Baywood Boulevard
Brick, NJ 08723

Social Security No.:
xxx−xx−1232

xxx−xx−3476

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/15/21 at 09:00 AM

to consider and act upon the following:

*81* − Motion to Approve Loan Modification with Midland Mortgage, a division of MidFirst Bank Filed by John O'Boyle on behalf of Marianne McElroy, Robert M. McElroy. Objection deadline is 09/7/2021. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order) (O'Boyle, John)

Dated: 8/25/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-22958-CMG

Marianne McElroy                                                                                Chapter 13

Robert M. McElroy

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3             User: admin             Page 1 of 2

Date Rcvd: Aug 25, 2021          Form ID: ntchrgbk          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

**Recip ID**        **Recipient Name and Address**
db/jdb            + Marianne McElroy, Robert M. McElroy, 75 Baywood Boulevard, Brick, NJ 08723-6961

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John O'Boyle | on behalf of Joint Debtor Robert M. McElroy joboyle@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Debtor Marianne McElroy joboyle@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Rebecca Ann Solarz | on behalf of Creditor MidFirst Bank rsolarz@kmllawgroup.com |

District/off: 0312-3         User: admin         Page 2 of 2
Date Rcvd: Aug 25, 2021         Form ID: ntchrgbk         Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Vincent J. Massa, III
    on behalf of Creditor Spencer Savings Bank vmassa@jonesandjonesesq.com

TOTAL: 7