Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−22958−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marianne McElroy                                    Robert M. McElroy
   75 Baywood Boulevard                                75 Baywood Boulevard
   Brick, NJ 08723                                     Brick, NJ 08723

Social Security No.:
   xxx−xx−1232                                         xxx−xx−3476

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       12/15/21
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Norgaard, O'Boyle & Hannon, Debtor's Attorney

COMMISSION OR FEES
Fees: $5,006.25

EXPENSES
$249.29

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 23, 2021
JAN:

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-22958-CMG
Marianne McElroy  Chapter 13
Robert M. McElroy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 3
Date Rcvd: Nov 23, 2021   Form ID: 137   Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marianne McElroy, Robert M. McElroy, 75 Baywood Boulevard, Brick, NJ 08723-6961 |
| 518330617 | | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518330619 | | Atlantic Shore Surgical Associates, 208 Jack Martin Blvd Bldg C-1, Brick, NJ 08724-7770 |
| 518330620 | | Capio Partners, 311 30th Ave E, Sherman, TX 75090 |
| 518372739 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518330625 | | Drs. Krantz & Sirotz, 532 Brick Blvd, Brick, NJ 08723-6006 |
| 518330626 | | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518330627 | | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518330628 | + | Jones and Jones, 45 Essex St, Hackensack, NJ 07601-5493 |
| 518330637 | + | Spencer Savings Bank, 611 River Dr, Elmwood Park, NJ 07407-1348 |
| 518330638 | | Target National Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 518330639 | | The Bureaus, 650 Dundee Rd Ste 370, Northbrook, IL 60062-2757 |
| 518479772 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 518330640 | | US Department of Education, 2505 S Finley Rd, Lombard, IL 60148-4867 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 23 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 23 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518330618 | | Email/Text: billing@assa-nj.com | Nov 23 2021 20:31:00 | Atlantic Shore Surgical Associates, 478 Brick Blvd, Brick, NJ 08723-6077 |
| 518444768 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 20:41:21 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518404369 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 23 2021 20:41:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518330621 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 20:30:51 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518330622 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 23 2021 20:31:00 | Credit Collection Servic, PO Box 607, Norwood, MA 02062-0607 |
| 518330624 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2021 20:30:52 | Credit One Bank, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 518330623 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2021 20:30:53 | Credit One Bank, PO Box 98872, Las Vegas, NV |

Case 19-22958-CMG    Doc 97    Filed 11/25/21    Entered 11/26/21 00:11:47    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: 137 | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 89193-8872 |
| 518330630 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 23 2021 20:31:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518422229 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 20:41:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518405035 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2021 20:30:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518330631 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2021 20:30:52 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518438523 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Nov 23 2021 20:30:56 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518330632 | | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Nov 23 2021 20:30:56 | MidFirst Bank, 999 NW Grand Blvd Ste 100, Oklahoma City, OK 73118-6051 |
| 518330633 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 20:31:00 | Midland Funding LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 518423613 | | Email/Text: perituspendrick@peritusservices.com | Nov 23 2021 20:31:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518330635 | | Email/Text: signed.order@pfwattorneys.com | Nov 23 2021 20:31:00 | New Century Financial Services, Inc., c/o Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518330636 | | Email/Text: signed.order@pfwattorneys.com | Nov 23 2021 20:31:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518411191 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 23 2021 20:31:00 | Premier Bankard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518379058 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2021 20:31:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518333262 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 20:30:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518435445 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 23 2021 20:41:20 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Spencer Savings Bank, 611 River Drive, Elmwood Park, NJ 07407-1348 |
| 518330634 | * | Midland Funding, LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 518330629 | ## | KML Law Group, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021                Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John O'Boyle | on behalf of Joint Debtor Robert M. McElroy joboyle@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Debtor Marianne McElroy joboyle@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Rebecca Ann Solarz | on behalf of Creditor MidFirst Bank rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent J. Massa, III | on behalf of Creditor Spencer Savings Bank vmassa@jonesandjonesesq.com |

TOTAL: 7