Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 19−22958−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marianne McElroy  
75 Baywood Boulevard  
Brick, NJ 08723

Robert M. McElroy  
75 Baywood Boulevard  
Brick, NJ 08723

Social Security No.:  
xxx−xx−1232

xxx−xx−3476

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 20, 2021.

Dated: December 20, 2021  
JAN: dmi

Jeanne Naughton  
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Marianne McElroy  
Robert M. McElroy  
    Debtors

Case No. 19-22958-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 20, 2021      Form ID: plncf13      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marianne McElroy, Robert M. McElroy, 75 Baywood Boulevard, Brick, NJ 08723-6961 |
| 518330617 | | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518330619 | | Atlantic Shore Surgical Associates, 208 Jack Martin Blvd Bldg C-1, Brick, NJ 08724-7770 |
| 518330620 | | Capio Partners, 311 30th Ave E, Sherman, TX 75090 |
| 518372739 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518330625 | | Drs. Krantz & Sirotz, 532 Brick Blvd, Brick, NJ 08723-6006 |
| 518330626 | | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518330627 | | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518330628 | + | Jones and Jones, 45 Essex St, Hackensack, NJ 07601-5493 |
| 518330637 | + | Spencer Savings Bank, 611 River Dr, Elmwood Park, NJ 07407-1348 |
| 518330638 | | Target National Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 518330639 | | The Bureaus, 650 Dundee Rd Ste 370, Northbrook, IL 60062-2757 |
| 518479772 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 518330640 | | US Department of Education, 2505 S Finley Rd, Lombard, IL 60148-4867 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 20 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 20 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518330618 | | Email/Text: billing@assa-nj.com | Dec 20 2021 20:37:00 | Atlantic Shore Surgical Associates, 478 Brick Blvd, Brick, NJ 08723-6077 |
| 518444768 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 20 2021 20:45:50 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518404369 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 20 2021 20:46:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518330621 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2021 20:46:01 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518330622 | | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 20 2021 20:37:00 | Credit Collection Servic, PO Box 607, Norwood, MA 02062-0607 |
| 518330624 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2021 20:45:51 | Credit One Bank, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 518330623 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2021 20:45:39 | Credit One Bank, PO Box 98872, Las Vegas, NV |

Case 19-22958-CMG    Doc 104    Filed 12/22/21    Entered 12/23/21 00:14:02    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2021 | Form ID: plncf13 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 89193-8872 |
| 518330627 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 20 2021 20:46:03 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518330630 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 20 2021 20:37:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518422229 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2021 20:46:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518405035 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 20 2021 20:45:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518330631 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 20 2021 20:45:37 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518438523 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 20 2021 20:46:01 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518330632 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 20 2021 20:46:01 | MidFirst Bank, 999 NW Grand Blvd Ste 100, Oklahoma City, OK 73118-6051 |
| 518330633 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2021 20:37:00 | Midland Funding LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 518423613 | | Email/Text: perituspendrick@peritusservices.com | Dec 20 2021 20:37:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518330635 | | Email/Text: signed.order@pfwattorneys.com | Dec 20 2021 20:37:00 | New Century Financial Services, Inc., c/o Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518330636 | | Email/Text: signed.order@pfwattorneys.com | Dec 20 2021 20:37:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518411191 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2021 20:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518379058 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2021 20:37:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518333262 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 20 2021 21:00:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518330639 | | Email/PDF: tbiedi@PRAGroup.com | Dec 20 2021 20:45:48 | The Bureaus, 650 Dundee Rd Ste 370, Northbrook, IL 60062-2757 |
| 518435445 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 20 2021 20:45:38 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Spencer Savings Bank, 611 River Drive, Elmwood Park, NJ 07407-1348 |
| 518330634 | * | Midland Funding, LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 518330629 | ## | KML Law Group, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2021 | Form ID: plncf13 | Total Noticed: 37 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2021       Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Albert Russo
                    docs@russotrustee.com

Denise E. Carlon
                    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John O'Boyle
                    on behalf of Joint Debtor Robert M. McElroy joboyle@norgaardfirm.com
                    sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
                    on behalf of Debtor Marianne McElroy joboyle@norgaardfirm.com
                    sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Rebecca Ann Solarz
                    on behalf of Creditor MidFirst Bank rsolarz@kmllawgroup.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

Vincent J. Massa, III
                    on behalf of Creditor Spencer Savings Bank vmassa@jonesandjonesesq.com

TOTAL: 7