UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Marianne McElroy
Robert M. McElroy

                                    Debtor(s)

Case No.: 19-22958 / CMG

Judge: Christine M. Gravelle

Chapter: 13

## <u>CERTIFICATION OF SERVICE</u>

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 2/3/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  2/3/2022

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Marianne McElroy<br>Robert M. McElroy<br>75 Baywood Boulevard<br>Brick, NJ   08723 | Debtor(s) | Regular Mail |
| John O'Boyle<br>Norgaard O'Boyle<br>184 Grand Ave<br>Englewood,  NJ   07631 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |