| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 19-22958 / CMG

Marianne McElroy

Robert M. McElroy

Petition Filed Date: 07/01/2019

341 Hearing Date: 08/01/2019

Confirmation Date: 11/06/2019

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $969.00 | 73542280 | 01/07/2021 | ($969.00) | 73542280 | 03/17/2021 | $969.00 | |
| 03/18/2021 | $1,938.00 | 462501 | 04/22/2021 | $969.00 | | 05/20/2021 | $969.00 | |
| 06/16/2021 | $969.00 | | 07/14/2021 | $969.00 | | 09/14/2021 | $969.00 | |
| 09/24/2021 | $969.00 | | 11/05/2021 | $969.00 | | | | |

**Total Receipts for the Period: $9,690.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $25,618.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Marianne McElroy | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John O'Boyle<br>»» ORDER 4/2/20 | Attorney Fees | $1,404.50 | $1,404.50 | $0.00 |
| 1 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $546.52 | $0.00 | $546.52 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» MERIDIAN/OCEAN MED CENTER | Unsecured Creditors | $182.40 | $0.00 | $182.40 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,440.84 | $0.00 | $3,440.84 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,955.88 | $0.00 | $1,955.88 |
| 5 | MERRICK BANK | Unsecured Creditors | $517.70 | $0.00 | $517.70 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $561.93 | $0.00 | $561.93 |
| 7 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $825.34 | $0.00 | $825.34 |
| 8 | PENDRICK CAPITAL PARTNERS, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $1,110.00 | $0.00 | $1,110.00 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $506.76 | $0.00 | $506.76 |
| 10 | MidFirst Bank<br>»» P/75 BAYWOOD BLVD/1ST MTG/LOAN MOD<br>ORD 11/3/21 | Mortgage Arrears<br>No Disbursements: Paid outside | $7,919.08 | $7,919.08 | $0.00 |
| 11 | BUREAUS INVESTMENT GROUP PORTFOLIO NO<br>LLC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $565.14 | $0.00 | $565.14 |
| 12 | SPENCER SAVINGS BANK SLA<br>»» P/75 BAYWOOD BLVD/2ND MTG | Mortgage Arrears | $19,312.19 | $6,379.15 | $12,933.04 |
| 13 | U.S. DEPARTMENT OF EDUCATION<br>»» STUDENT LOANS PD O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-22958 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 0 | John O'Boyle<br>»» ORDER 11/20/19 | Attorney Fees | $3,577.10 | $3,577.10 | $0.00 |
| 14 | Atlantic Shore Surgical Associates<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | Target National Bank<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | New Century Financial Services, Inc.<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | Midland Funding LLC<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | Midland Funding LLC<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | Drs. Krantz & Sirotz<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | SPENCER SAVINGS BANK SLA<br>»» 75 BAYWOOD BLVD/ATTY FEES 7/15/20 | Mortgage Arrears | $500.00 | $500.00 | $0.00 |
| 0 | John O'Boyle<br>»» ORDER 11/4/20 | Attorney Fees | $1,287.40 | $1,287.40 | $0.00 |
| 21 | SPENCER SAVINGS BANK SLA<br>»» 75 BAYWOOD BLVD/ATTY FEES 5/3/21 | Mortgage Arrears | $500.00 | $500.00 | $0.00 |
| 0 | John O'Boyle<br>»» ORDER 8/5/21 | Attorney Fees | $1,281.71 | $1,281.71 | $0.00 |
| 0 | John O'Boyle<br>»» ORDER 12/16/21 | Attorney Fees | $5,255.54 | $887.60 | $4,367.94 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,618.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $23,736.54 | Current Monthly Payment: | $987.00 |
| Paid to Trustee: | $1,881.46 | Arrearages: | $1,974.00 |
| Funds on Hand: | $0.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit
www.russotrustee.com/epay for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**

