Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22958−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Marianne McElroy                                     Robert M. McElroy
   75 Baywood Boulevard                       75 Baywood Boulevard
   Brick, NJ 08723                                            Brick, NJ 08723

Social Security No.:
   xxx−xx−1232                                               xxx−xx−3476

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/2/22 at 09:00 AM

to consider and act upon the following:

*105* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 2/17/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 2/16/22

                                                                                         Jeanne Naughton
                                                                                        Clerk, U.S. Bankruptcy Court