NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, New Jersey 07631
Telephone Number (201) 871-1333
Facsimile Number (201) 871-3161
Attorney for the Debtors
By: Jaclynn N. McDonnell, Esq. [JM-3123]
Jmcdonnell@norgaardfirm.com

|  |  |
|---|---|
| In Re:<br><br>MARIANNE McELROY and<br>ROBERT M. McELROY,<br><br>                              Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 13<br><br>Case No. 19-22958(CMG) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES**

The undersigned attorney for the above-mentioned Debtors hereby notices their appearance and requests service of all notices, pleadings, and other documents pursuant to the Federal Rules of Bankruptcy Procedure.

Please serve all notices, regardless of form, on:

**Norgaard O'Boyle & Hannon**
**184 Grand Avenue**
**Englewood, New Jersey 07631-3507**

and/or via electronic service (CM/ECF)

Nothing herein shall relieve the debtor or any party from service required by due process of law, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and/or the Local Rules of practice. This demand requires an additional notice and does not alter or modify the responsibility of any entity to provide notice and/or service otherwise required.

The filing of this Notice shall not constitute a voluntary submission to the jurisdiction and/or venue of this court and shall not be the basis for jurisdiction and/or venue by this court. Secured Creditor preserves all objections and rights relative to this proceeding, including objections to jurisdiction and venue, notwithstanding the filing of this notice.

        Norgaard O'Boyle & Hannon
        Attorneys for the Debtors


        By   /s/ Jaclynn N. McDonnell, Esq.
             Jaclynn N. McDonnell, Esq.


Dated: March 8, 2022