Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−22958−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marianne McElroy                          Robert M. McElroy
75 Baywood Boulevard                      75 Baywood Boulevard
Brick, NJ 08723                           Brick, NJ 08723

Social Security No.:
 xxx−xx−1232                               xxx−xx−3476

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 3, 2022.

Dated: June 3, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-22958-CMG

Marianne McElroy                                                                    Chapter 13

Robert M. McElroy

Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                           Page 1 of 3

Date Rcvd: Jun 03, 2022                    Form ID: plncf13                                    Total Noticed: 37

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marianne McElroy, Robert M. McElroy, 75 Baywood Boulevard, Brick, NJ 08723-6961 |
| 518330619 | | Atlantic Shore Surgical Associates, 208 Jack Martin Blvd Bldg C-1, Brick, NJ 08724-7770 |
| 518330620 | | Capio Partners, 311 30th Ave E, Sherman, TX 75090 |
| 518330625 | | Drs. Krantz & Sirotz, 532 Brick Blvd, Brick, NJ 08723-6006 |
| 518330628 | + | Jones and Jones, 45 Essex St, Hackensack, NJ 07601-5493 |
| 518330637 | + | Spencer Savings Bank, 611 River Dr, Elmwood Park, NJ 07407-1348 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518330617 | | Email/PDF: bncnotices@becket-lee.com | Jun 03 2022 20:36:25 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518330618 | | Email/Text: billing@assa-nj.com | Jun 03 2022 20:31:00 | Atlantic Shore Surgical Associates, 478 Brick Blvd, Brick, NJ 08723-6077 |
| 518444768 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 03 2022 20:36:24 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518404369 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 03 2022 20:36:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518330621 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2022 20:36:22 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518372739 | | Email/PDF: bncnotices@becket-lee.com | Jun 03 2022 20:36:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518330622 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 03 2022 20:31:00 | Credit Collection Servic, PO Box 607, Norwood, MA 02062-0607 |
| 518330624 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 03 2022 20:36:12 | Credit One Bank, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 518330623 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 03 2022 20:36:12 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518330626 | | Email/Text: bncnotifications@pheaa.org | Jun 03 2022 20:30:00 | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |

District/off: 0312-3          User: admin          Page 2 of 3

Date Rcvd: Jun 03, 2022        Form ID: plncf13        Total Noticed: 37

| 518330627 | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
|---|---|---|---|
| | | Jun 03 2022 20:36:23 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518330630 | Email/Text: PBNCNotifications@peritusservices.com | Jun 03 2022 20:30:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518422229 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2022 20:36:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518405035 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 03 2022 20:36:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518330631 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 03 2022 20:36:11 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518438523 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 03 2022 20:36:11 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518330632 | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 03 2022 20:36:10 | MidFirst Bank, 999 NW Grand Blvd Ste 100, Oklahoma City, OK 73118-6051 |
| 518330633 | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2022 20:30:00 | Midland Funding LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 518423613 | Email/Text: perituspendrick@peritusservices.com | Jun 03 2022 20:30:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518330635 | Email/Text: signed.order@pfwattorneys.com | Jun 03 2022 20:30:00 | New Century Financial Services, Inc., c/o Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518330636 | Email/Text: signed.order@pfwattorneys.com | Jun 03 2022 20:30:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518411191 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 03 2022 20:31:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518379058 | Email/Text: bnc-quantum@quantum3group.com | Jun 03 2022 20:30:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518333262 | + Email/PDF: gecsedi@recoverycorp.com | Jun 03 2022 20:36:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518330638 | Email/Text: bncmail@w-legal.com | Jun 03 2022 20:30:00 | Target National Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 518330639 | Email/PDF: tbiedi@PRAGroup.com | Jun 03 2022 20:36:14 | The Bureaus, 650 Dundee Rd Ste 370, Northbrook, IL 60062-2757 |
| 518479772 | Email/Text: bncnotifications@pheaa.org | Jun 03 2022 20:30:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 518330640 | Email/Text: edbknotices@ecmc.org | Jun 03 2022 20:30:00 | US Department of Education, 2505 S Finley Rd, Lombard, IL 60148-4867 |
| 518435445 | + Email/PDF: ebn_ais@aisinfo.com | Jun 03 2022 20:36:25 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Spencer Savings Bank, 611 River Drive, Elmwood Park, NJ 07407-1348 |
| 518330634 | * | Midland Funding, LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 518330629 | ## | KML Law Group, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jaclynn McDonnell | on behalf of Joint Debtor Robert M. McElroy jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Jaclynn McDonnell | on behalf of Debtor Marianne McElroy jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| John O'Boyle | on behalf of Joint Debtor Robert M. McElroy joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John O'Boyle | on behalf of Debtor Marianne McElroy joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Rebecca Ann Solarz | on behalf of Creditor MidFirst Bank rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent J. Massa, III | on behalf of Creditor Spencer Savings Bank vmassa@jonesandjonesesq.com |

TOTAL: 9