| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-22958 / CMG**

Marianne McElroy  
Robert M. McElroy

Petition Filed Date: 07/01/2019  
341 Hearing Date: 08/01/2019  
Confirmation Date: 11/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/02/2022 | $967.00 | | 03/04/2022 | $969.00 | | 04/05/2022 | $1,022.00 | 492376 |
| 05/05/2022 | $1,022.00 | 492426 | 06/13/2022 | $1,000.00 | 28166025756 | 06/13/2022 | $22.00 | 28166025767 |
| 07/29/2022 | $1,022.00 | 534371 | 10/07/2022 | $1,022.00 | 542252 | 10/11/2022 | $1,022.00 | 535622 |
| 11/23/2022 | $1,022.00 | 546013 | 01/27/2023 | $1,022.00 | 546092 | 02/22/2023 | $1,022.00 | 542455 |

**Total Receipts for the Period: $11,134.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $36,752.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marianne McElroy | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John O'Boyle, Esq.<br>»» ORDER 4/2/20 | Attorney Fees | $1,404.50 | $1,404.50 | $0.00 |
| 1 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $546.52 | $0.00 | $546.52 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» MERIDIAN/OCEAN MED CENTER | Unsecured Creditors | $182.40 | $0.00 | $182.40 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,440.84 | $0.00 | $3,440.84 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,955.88 | $0.00 | $1,955.88 |
| 5 | MERRICK BANK | Unsecured Creditors | $517.70 | $0.00 | $517.70 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $561.93 | $0.00 | $561.93 |
| 7 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $825.34 | $0.00 | $825.34 |
| 8 | PENDRICK CAPITAL PARTNERS, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $1,110.00 | $0.00 | $1,110.00 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $506.76 | $0.00 | $506.76 |
| 10 | MidFirst Bank<br>»» P/75 BAYWOOD BLVD/1ST MTG/LOAN MOD ORD 11/3/21 | Mortgage Arrears | $13,577.45 | $9,423.72 | $4,153.73 |
| 11 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $565.14 | $0.00 | $565.14 |
| 12 | SPENCER SAVINGS BANK SLA<br>»» P/75 BAYWOOD BLVD/2ND MTG | Mortgage Arrears | $19,312.19 | $9,818.22 | $9,493.97 |
| 13 | US DEPT OF EDUCATION<br>»» STUDENT LOANS PD O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-22958 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 0 | John O'Boyle, Esq. <br> »» ORDER 11/20/19 | Attorney Fees | $3,577.10 | $3,577.10 | $0.00 |
| 14 | Atlantic Shore Surgical Associates <br> »» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | Target National Bank <br> »» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | New Century Financial Services, Inc. <br> »» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | Midland Funding LLC <br> »» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | Midland Funding LLC <br> »» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | Drs. Krantz & Sirotz <br> »» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | SPENCER SAVINGS BANK SLA <br> »» 75 BAYWOOD BLVD/ATTY FEES 7/15/20 | Mortgage Arrears | $500.00 | $500.00 | $0.00 |
| 0 | John O'Boyle, Esq. <br> »» ORDER 11/4/20 | Attorney Fees | $1,287.40 | $1,287.40 | $0.00 |
| 21 | SPENCER SAVINGS BANK SLA <br> »» 75 BAYWOOD BLVD/ATTY FEES 5/3/21 | Mortgage Arrears | $500.00 | $500.00 | $0.00 |
| 0 | John O'Boyle, Esq. <br> »» ORDER 8/5/21 | Attorney Fees | $1,281.71 | $1,281.71 | $0.00 |
| 0 | John O'Boyle, Esq. <br> »» ORDER 12/16/21 | Attorney Fees | $5,255.54 | $5,255.54 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,752.00 | Plan Balance: | $19,418.00 ** |
| Paid to Claims: | $33,048.19 | Current Monthly Payment: | $1,022.00 |
| Paid to Trustee: | $2,755.39 | Arrearages: | $3,066.00 |
| Funds on Hand: | $948.42 | Total Plan Base: | $56,170.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.