UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Marianne McElroy & Robert McElroy,

Debtors.

Case No.:     19-22958-CMG

Chapter:     13

Hearing Date:     5/17/2023

Judge:     Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Motion for Relief from Stay re: 75 Baywood Blvd (Docket # 127)

_____

Date: 05/16/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*