UNITED STATES BANKRUPTCY COURT

District of New Jersey

Albert Russo

PO Box 4853

Trenton, NJ   08650

(609) 587-6888

Standing Chapter 13 Trustee

In re:

Marianne McElroy
Robert M. McElroy

Debtor(s)

**Order Filed on July 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-22958 / CMG

Hearing Date: 07/19/2023

Judge: Christine M. Gravelle

Chapter:  13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: July 19, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $42,876.00 paid to date

- Debtor(s) shall remit $1,109.00 per month to the Trustee for 12 months beginning 8/1/23

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-22958-CMG

Marianne McElroy                                                          Chapter 13

Robert M. McElroy

　　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                           Page 1 of 2

Date Rcvd: Jul 19, 2023                  Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol            Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

**Recip ID                         Recipient Name and Address**
db/jdb                      +  Marianne McElroy, Robert M. McElroy, 75 Baywood Boulevard, Brick, NJ 08723-6961

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jaclynn McDonnell | on behalf of Joint Debtor Robert M. McElroy jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;mcdonnell.jaclynn.b124931@notify.bestcase.com |
| Jaclynn McDonnell | on behalf of Debtor Marianne McElroy jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;mcdonnell.jaclynn.b124931@notify.bes |

District/off: 0312-3                              User: admin                                        Page 2 of 2
Date Rcvd: Jul 19, 2023                          Form ID: pdf903                              Total Noticed: 1

tcase.com

John O'Boyle

on behalf of Debtor Marianne McElroy joboyle@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb1
24931@notify.bestcase.com

John O'Boyle

on behalf of Joint Debtor Robert M. McElroy joboyle@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb1
24931@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Vincent J. Massa, III

on behalf of Creditor Spencer Savings Bank vmassa@jonesandjonesesq.com


TOTAL: 9