|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Marianne McElroy<br>Robert M McElroy | Case No.: 19-22958<br><br>Adversary No.: _____<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC (creditor)
(Example: John Smith, creditor)

Old address:
BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC
(Notices) PO Box 41021, Norfolk, VA 23541
(Payments) PO Box 41031, Norfolk, VA 23541

New address:
BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC
(Notices) PO Box 788  Kirkland, WA 98083-0788
(Payments) PO Box 2489  Kirkland, WA 98083-2489

New phone no.: 425-242-7100 (creditor)
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 8/30/2023                 /s/ Fran Rosello
                                Signature    Authorized Agent for Creditor

rev.8/1/2021