UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Marianne McElroy & Robert McElroy,

Debtors.

Case No.: 19-22958-CMG

Chapter: 13

Hearing Date: 09/04/2024

Judge: Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Motion for Relief re: 75 Baywood Boulevard (Docket # 135)

_____

Date: 09/03/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*