Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22958−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Marianne McElroy | Robert M. McElroy |
| 75 Baywood Boulevard | 75 Baywood Boulevard |
| Brick, NJ 08723 | Brick, NJ 08723 |

Social Security No.:
  xxx−xx−1232                                              xxx−xx−3476

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: November 25, 2024              Mark Edward Hall
                                      Judge, United States Bankruptcy Court